UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY CLARK, ET AL.

VERSUS

SYLVIA CHILDS, ET AL.

CIVIL ACTION

16-862-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated June 16, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] shall be DENIED.

Baton Rouge, Louisiana the 24 day of July, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 14.
[3] Rec. Doc. 8.